# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

    **Case No. 2:22-cv-3795**
    **Judge Michael H. Watson**
    **Magistrate Judge Elizabeth P. Deavers**

**AMSTED RAIL COMPANY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the Joint Motion to Modify Schedule. (ECF No. 49.)  The Motion is **GRANTED**.  The pretrial case schedule is hereby **AMENDED** as follows:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Defendant Expert Reports | June 14, 2024 | August 13, 2024 |
| Plaintiff Rebuttal Reports | August 2, 2024 | October 1, 2024 |
| Close of Liability Discovery (Fact and Expert) | October 25, 2024 | December 13, 2024 |
| Deadline to File Dispositive Motions | December 6, 2024 | January 31, 2025 |

**IT IS SO ORDERED.**

Date: June 12, 2024

    */s/ Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**